IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| **DOROTHY DAVIS,** | ) |
| **Plaintiff,** | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 1:23-CV-00171-JRH-BKE |
| **RESURGENT CAPITAL SERVICES, LP,** | ) |
| **Defendant.** | ) |

## NOTICE OF SETTLEMENT

**COMES NOW** defendant Resurgent Capital Services L.P. ("Defendant"), by and through its undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached as to all claims of plaintiff Dorothy Davis against Defendant in this matter.

Defendant, therefore, requests that this Honorable Court give the parties 60 days to file the necessary dismissal papers.

Respectfully submitted this 24th day of January, 2024.

                                            */s/ R. Frank Springfield*
                                            R. Frank Springfield
                                            Georgia Bar No. 316045
                                            fspringf@burr.com
                                            BURR & FORMAN LLP
                                            420 North 20th Street, Suite 3400
                                            Birmingham, AL  35203
                                            Telephone:  (205) 251-3000
                                            Attorney for Defendant
                                            RESURGENT CAPITAL SERVICES, LP

52955273 v1

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served on the following through first-class, United States mail, postage prepaid, on this the 24th day of January, 2024:

Dorothy Davis<br>
3358 Thames Place<br>
Hephzibah, GA  30815-7176

*/s/ R. Frank Springfield*
OF COUNSEL