IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
DOROTHY DAVIS,                      *
                                    *
     Plaintiff,                     *
                                    *
     v.                             *     CV 123-171
                                    *
RESURGENT CAPITAL SERVICES,         *
LP,                                 *
                                    *
     Defendant.                     *
                                    *
```

O R D E R

This matter is before the Court on its own accord. On January 24, 2024, Defendant filed a notice of settlement and requested the Court give the Parties sixty days "to file the necessary dismissal papers." (Doc. 9, at 1.) As more than sixty days have elapsed without update, the Court **DIRECTS** the Parties to file a status report within **FOURTEEN (14) DAYS** from the date of this Order detailing the status of their case. Thereafter, the Court **DIRECTS** the Parties to file a status report with the Court updating it on their progress every **THIRTY (30) DAYS** until a settlement agreement is reached and the Parties file a stipulation of dismissal.

**ORDER ENTERED** at Augusta, Georgia, this ____ day of April, 2024.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA