IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| DOROTHY DAVIS, | * | |
| Plaintiff, | * | |
| v. | * | CV 123-171 |
| RESURGENT CAPITAL SERVICES, LP, | * | |
| Defendant. | * | |

ORDER

Before the Court is the Parties' stipulation of dismissal without prejudice. (Doc. 12.) All Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS THEREFORE ORDERED that this matter is DISMISSED WITHOUT PREJUDICE. The Clerk is DIRECTED to TERMINATE all motions and deadlines, if any, and CLOSE this case. Each Party shall bear its own costs and fees.

ORDER ENTERED at Augusta, Georgia, this 3rd day of May, 2024.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA